**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 23-7149**

———————————

FRED R. HALCOMB, JR.,

        Petitioner - Appellant,

    v.

WARDEN TRUITT,

        Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Joseph Dawson, III, District Judge.  (8:22-cv-01877-JD)

———————————

Submitted:  August 25, 2025                       Decided:  September 17, 2025

———————————

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Fred R. Halcomb, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred R. Halcomb, Jr., seeks to appeal the district court's order adopting the recommendation of the magistrate judge and denying relief on Halcomb's 28 U.S.C. § 2254 petition.[*] The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Halcomb has not made the requisite showing. Accordingly, we deny Halcomb's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts

---

[*] We previously remanded for the district court to determine whether Halcomb filed a timely notice appealing the district court's order under Fed. R. App. P. 4(c)(1) and *Houston v. Lack*, 487 U.S. 266 (1988). After receiving Halcomb's uncontested affidavit establishing that he submitted his notice of appeal to prison officials for mailing to the court within the applicable 30-day appeal period, *see* Fed. R. App. 4(a)(1)(A), the district court determined that the notice of appeal was timely filed. No party contests that finding on appeal, and we agree that Halcomb's notice of appeal was timely filed.

and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*